BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Bell

*E-filing*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DENELL BELL,<br><br>             Defendant. | No. CR 06-00255-DLJ (DR)<br><br>STIPULATION; [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |

      Whereas there has been a fire at the Cornell Corrections Facility, and emergency accommodations are being made for people housed there,

      IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to require that Mr. Bell be placed on home confinement with Shirell Gibson at 2000 ClayBank Rd., Fairfield, CA until ordered by a Probation Officer or this Court to report to a different residence or facility. He is to be placed on a Location Monitoring System chosen by the Probation Officer and to abide by a home confinement schedule determined by the Probation Officer. Electronic Location Monitoring shall commence on June 21, 2010.

All other conditions shall remain in effect.

Supervisory Probation Officer Marlana Peter has reviewed the language of this stipulation and does not object to it.

Date   6/18/10

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant BELL

Date   6/18/10

/s/
Andrew S. Huang
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ JOHN PAUL REICHMUTH

## ORDER

It is hereby ORDERED that the release conditions in this case be modified to require that Mr. Bell be placed on home confinement with Shirell Gibson at 2000 ClayBank Rd., Fairfield, CA until ordered by a Probation Officer or this Court to report to a different residence or facility. He is to be placed on a Location Monitoring System chosen by the Probation Officer and to abide by a home confinement schedule determined by the Probation Officer.  Electronic Location Monitoring shall commence on June 21, 2010. All other conditions shall remain in effect.

IT IS SO ORDERED.

6/18/10
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE