BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant Bell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>DENELL BELL, )<br>)<br>　　　　　Defendant. )<br>_____ ) | No.CR 06-00255-DLJ (DR)<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS HEARING |

　　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of July 9, 2010 presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set for July 23, 2010 at 9:00 a.m. for STATUS or DISPOSITION HEARING.

　　　　The reason for this request is that defense counsel anticipates being out on family-related leave on that date, and the defense would like additional time to discuss resolution of the case with the prosecution and Probation Office.

1  //

2  No time exclusion is applicable, as this is a revocation case.

3  
                                              /s/
   Date   6/28/10                             John Paul Reichmuth
4                                             Assistant Federal Public Defender
                                              Counsel for defendant Bell

5

6

7  
                                              /s/
   Date   6/29/10                             Andrew Huang
8                                             Assistant United States Attorney

9

10  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.     /S/ JOHN PAUL REICHMUTH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1

1
2                                    ORDER
3        IT IS HEREBY ORDERED THAT the STATUS HEARING date of July 9, 2010
4  presently scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and re-set
5  for July 23, 2010 at 9:00 a.m. for STATUS or DISPOSITION HEARING. .
6        IT IS SO ORDERED.
7
8
9   __June 30, 2010__                    _/s/ D. Lowell Jensen_
    Date                                  HON. D. LOWELL JENSEN
10                                        SENIOR UNITED STATES DISTRICT JUDGE